COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In the Interest of A.R., a Child

Appellate case number:  01-21-00263-CV

Trial court case number:  2020-27937

Trial court:     313th District Court of Harris County

  Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. Appellant also requests a 30-day extension of time to file his pro se response to counsel's Anders brief.

  We **grant** the motion and **order** the trial court clerk, no later than 7 days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, within 10 days of the date of this order, the date upon which delivery of the record to the appellant is made.

  **Appellant's pro se response to appointed counsel's brief shall be filed within 30 days of the date of this order.**

  It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
        Acting individually

Date: ___July 20, 2021____